MEMORANDUM OPINION




No. 04-04-00415-CV



$8,164.00 U.S. CURRENCY AND 1996 DODGE INTREPID VIN #2BHD46TXTH127243,


Appellant



v.



The STATE of Texas,


Appellee



From the 218th Judicial District Court, Frio County, Texas


Trial Court No. 03-04-00096-CVF


Honorable Stella Saxon, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: July 14, 2004


DISMISSED

 Before the court is appellant's July 2, 2004 motion for voluntary dismissal. Appellant's
motion to dismiss is granted, and this appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). Costs of
appeal are taxed against the appellant. See id. at (d). 

 

 PER CURIAM